affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ELMER F. ANDREWS, as Industrial Commissioner of the State of New York, on Behalf of the STATE INSURANCE FUND, Respondent, v. CORNELL-DUBILIER CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J. O'Malley, Townley, Glennon and Untermyer, JJ.

BECKY BRASS and LOUIS BRASS, Respondents, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously reversed, with costs, and the complaint dismissed, with costs, on the ground that no actionable negligence on the part of the defendant was established. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PLATINUM PRODUCTS CORPORATION, VESTALITE CORPORATION and CARDINAL PRODUCTS, INC., Respondents, v. RICHARD E. BERTHOLD and Others, Defendants, Impleaded with SAMUEL J. NOVICK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Glennon and Untermyer, JJ., dissent and vote to reverse and grant a new trial.

PATRICK L. MONAHAN, Respondent, v. KARL D. PETTIT, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendant to answer within twenty days after service of a copy of order, with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EMMA POPPER, Respondent, v. AMERIKAI MAGYAR NEPSAVA, INC., and IZSO SZEKELY, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [166 Misc. 117.]

CATHERINE BATEMAN and GEORGE BATEMAN, Respondents, v. FRANCES GREEN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss complaint.

In the Matter of the Application of ARTHUR R. SURPLUSS, Petitioner, for Dissolution of His Marriage with CELETUS ELLIS SURPLUSS, Otherwise Known as LEETA ELLIS SURPLUSS, Respondent, Pursuant to Section 7-a, Domestic Relations Law (as Amended in Effect Sept. 1, 1936). In the Matter of the Application of CELETUS ELLIS SURPLUSS, Otherwise Known as LEETA ELLIS SURPLUSS, Petitioner, for an Order Vacating and Setting Aside the Order of Dissolution of the Marriage between Petitioner and the Above Named ARTHUR R. SURPLUSS, Dated November 1, 1937, Entered in the Above Entitled Proceeding November 3, 1937, and Which Order Became Final February 3, 1938. ARTHUR R. SURPLUSS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUIS W. WILLIAMS, Appellant, v. CHRISTIAN W. KORELL, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CARL JAMAKOR, Appellant, v. CONTINENTAL BAKING CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.